The People of the State of New York, Respondent, v. Ben. J. Seaman, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

Henry Martin Richards, Appellant, v. Helen Kathryn Richards, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ. [132 Misc. 551.]

Mayme S. Smith, as Administratrix of the Estate of Frederick A. Smith, Deceased, Respondent, v. The Commercial Travelers' Mutual Accident Association of America, Appellant.*— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Cora E. Kennedy, Respondent, v. Adam E. Pangrass and Hattie E. Pangrass, Appellants.— Judgment modified and as modified affirmed, together with the order, with costs to respondent. Findings of fact Nos. 10 and 13 and the second conclusion of law disapproved and reversed. Settle order before Sawyer, J., on two days' notice. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

In the Matter of Hugh Christie, an Alleged Incompetent Person.— Order affirmed, with one bill of costs, payable out of the estate. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

First Bank and Trust Company of Utica, Respondent, v. Frank J. Winslow, Appellant, Impleaded with Others, Defendants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

Herbert Richard Stevens, an Infant, by Herbert L. Stevens, His Guardian ad Litem, Respondent, v. Irene Surridge, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

Hyman Calderon, an Infant, by Rena Calderon, His Guardian ad Litem, Appellant, v. Juda Calderon, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Application of William B. Murphy for an Order of Certiorari to Review the Determination of Frank P. Graves, as Commissioner of Education.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

Overland Knight Company, Inc., Appellant, v. Alfred Hoegl, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

Jessie Lee Powell and Walter G. Powell, Plaintiffs, v. Credit Acceptance Corporation, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

Frederick W. Caster, Respondent, v. Helen P. Caster, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

Wilbert J. Upton, Respondent, v. Helen I. Upton, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.